IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TZVI A. ZEMEL,<br><br>        Plaintiff,<br><br>vs.<br><br>MAD FITNESS, INC.,<br><br>        Defendant. | Case No.: 2:18-cv-3955<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Tzvi A. Zemel ("Plaintiff") and Defendant Mad Fitness, Inc. ("Defendant"). Plaintiff anticipates filing a notice of voluntary dismissal of this action against Defendant with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated this 1st day of May, 2019.

Respectfully Submitted,

/s/ Daniel Zemel
Daniel Zemel, Esq.
Nicholas Linker, Esq.
Zemel Law LLC
1373 Broad Street, Suite 203-C
Clifton, New Jersey 07013
T: 862-227-3106
dz@zemellawllc.com
nl@zemellawllc.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2019 a true and correct copy of the foregoing document was sent to all counsel of record in the present action by e-Service via the courts ECF filing system.

/s/ Daniel Zemel
Daniel Zemel
