NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TZVI A. ZEMEL,<br><br>                           Plaintiff,<br>     v.<br><br>MAD FITNESS, INC.,<br><br>                           Defendant. | **60-DAY ORDER**<br><br>18-cv-3955-WHW-CLW |

### Walls, Senior District Judge

It has been reported to the Court that the above-captioned action has been settled (*see* ECF No. 15);

**ORDERED** that this action be and is hereby dismissed as to all litigants, without costs and without prejudice to the right, upon good cause shown **within an additional 60 days**, to reopen this action if the settlement has not been consummated. The Court shall retain jurisdiction to enforce any settlement agreement.

IT IS SO ORDERED:
S/ William H. Walls, USDJ
_____
U.S.D.J.

5/02/2019