UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY - NEWARK

| | |
|---|---|
| TZVI A. ZEMEL, | Case No.: 2:18-cv-03955-~~WHW~~-CLW (ES) |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| GOLD'S GYM, | |
| Defendant. | |

It is hereby stipulated and agreed by and between counsel for Plaintiff, Tzvi A. Zemel and Defendant, Gold's Gym., that the above-entitled action is hereby dismissed against Defendant, Gold's Gym, with prejudice and without attorneys' fees and costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: August 16, 2019

Respectfully submitted,

*/s/ Daniel D. Barnes*
Daniel D. Barnes, Esq.
CSG Attorneys at Law
One Boland Drive
West Orange, NJ 07053
(973) 530-2097
dbarnes@csglaw.com

*/s/ Daniel Zemel*
Daniel Zemel, Esq.
Zemel Law LLC
1373 Broad Street – Suite 203-C
Clifton, NJ 70130
(862) 227-3106
dz@zemellawllc.com
*Attorney for Plaintiff*

SO ORDERED.

Hon. Esther Salas, U.S.D.J.
Date: September 9, 2019

The Clerk is ordered to close the file.